UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB SILVERMAN,
    Plaintiff,

v.

CORPORAL CARDELL,
    Defendant.

Case No. 16-06802 BLF (PR)

**JUDGMENT**

    The Court has dismissed the complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

    **IT IS SO ORDERED.**

**Dated: __7/11/2018_____**

    _____
    BETH LABSON FREEMAN
    United States District Judge

Judgment
PRO-SE\BLF\CR.16\06802Silverman_judgment